# Exhibit A

|  | CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|---|
|  | This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC |  |

**Wisconsin Workplace Development Board - Equal Rights Division** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs., Mx.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Demond Jackson | | |

| | City, State and ZIP Code | Email Address |
|---|---|---|

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| c/o Mohammed O. Badwan, Sulaiman Law Group, 2500 S. Highland Ave., #200, Lombard, IL 60148 (mbadwan@sulaimanlaw.com) | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| ABM Industry Groups, LLC | 15+ | N/A |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|
| 3501 120TH AVE # AFE1 | KENOSHA, WI 53144-7502 | N/A |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
|  | 15+ |  |

| Street Address | City, State and ZIP Code | Email Address |
|---|---|---|

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify below.)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 04/2024  Latest: 01/09/2025
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I, Demond Jackson (African American), was employed at ABM Industry Groups, LLC as a Corrugate/Recycling worker from on or around April of 2024 until I was unlawfully terminated on or around January 9th, 2025, on the basis of my race. I have also been subjected to race-based harassment and retaliation for engaging in protected activity.

The following is a non-exhaustive list of incidents of the race-based discrimination, race-based harassment, and retaliation I was subjected to:

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

02 / 06 / 2025
*Date*    *Charging Party Signature*

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | |

**Wisconsin Workplace Development Board - Equal Rights Division** and EEOC
*State or local Agency, if any*

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

Throughout my employment, I found that Hispanic co-workers were not disciplined as much as African American employees. Hispanic employees frequently violated the company's break and phone policies without consequence, while African American employees, were closely monitored and even followed by supervisors. This disparate treatment was particularly noticeable as, out of a crew of approximately 15 people, only two employees (including myself) were African American.

Not only was the constant supervision suffocating, but it felt particularly humiliating and dehumanizing as I knew my co-workers of a different race were not subjected to the same level of scrutiny. In or around November of 2024, I began to make complaints about this disparate treatment to ABM's ethics line. In total, I made about 3–4 reports to the company's ethics line regarding race discrimination.

On or around December 27th, 2024, I was making a complaint about race discrimination while standing in the entrance of the men's bathroom. My supervisor approached me during this call, and I informed her that I was on an important phone call as I was making a report. She responded that she was "not going to deal with [me] today" and sent me home early. This response was inconsistent with company policy, as prior supervisors who attempted to send employees home early for insubordination were told they could not do so. Nevertheless, I was subjected to a punishment that was distinctly harsh in comparison to my non-African American co-workers.

When I tried to return to work on or around December 28th, 2024, I found that my ID's access was revoked. This caused me to be locked out of the building. Because there was no supervisor present at that time who could reset my ID, I was unable to enter and thus had to miss a day of work.

When I returned to work on or around January 2nd, 2025, I had a meeting with one of my assistant managers (Maria), a member of upper-management, and HR. During this meeting, I was issued a write-up for performance issues and violating the phone policy. I found this quite odd as, in addition to this being my first write-up, I had never previously been informed of any performance concerns.

On or around January 9th, 2025, I was terminated. I was falsely accused by management of sitting in the break room for an hour and of having been absent without prior notice on or around January 8th, 2025. Even if the former accusation was true, the resulting punishment would have been unusual in comparison to the punishments—or rather, lack thereof—given to my non-African American co-workers. While I had been absent on or around January 8th of 2025, I notified my manager of my absence due to car troubles.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 02 / 06 / 2025 *[signature]*<br>Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | |

**Wisconsin Workplace Development Board - Equal Rights Division** and EEOC
*State or local Agency, if any*

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

From both the timeline of events and the continued disparate treatment of African American employees as compared to non-African American employees in my workplace, it is quite clear that the disciplinary actions taken against me and my subsequent termination were unlawfully discriminatory in nature. Rather than take the appropriate steps to address my substantive concerns regarding race discrimination, my employer simply chose to obscure their unlawful conduct through a campaign of rank retaliation.

Thus, I have been discriminated against and harassed because of my race and retaliated against for engaging in protected activity in violation of Title VII of the Civil Rights Act of 1964, as amended, and the Wisconsin Fair Employment Law (Wis. Stats. 111.31-111.395).

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

02 / 06 / 2025
*Date*     *Charging Party Signature*

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

**1. FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

**2. AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

**3. PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

**4. ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

**5. WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging party and respondent and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, ADA, or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, and Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.