# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| DEMOND JACKSON | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:25-cv-00449 |
| ABM INDUSTRY GROUPS, LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEMOND JACKSON                                                                                              .

Date:   03/25/2025

s:/ Mohammed O. Badwan
*Attorney's signature*

Mohammed O. Badwan #6299011
*Printed name and bar number*

2500 S. Highland Ave., Ste. 200, Lombard, IL 60148
*Address*

mbadwan@sulaimanlaw.com
*E-mail address*

(630) 575-8181
*Telephone number*

(630) 575-8188
*FAX number*